# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 31, 2024

## NO. 03-22-00031-CV

**Charles "Chip" Weersing, Appellant**

**v.**

**OneTouchPoint Southwest Corp. d/b/a Ginny's, Appellee**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE
DISSENTING OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on November 15, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.